UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| IVAN LEE MATTHEWS, II | Case No. 3:19-cv-00215-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JO GENTRY | |
| Defendant. | |

The second amended complaint in this action was filed on April 15, 2020. (ECF No. 1.) The Court issued a notice of intent to dismiss Jo Gentry pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by June 17, 2021. (ECF No. 18.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Gentry are dismissed without prejudice. As Gentry is the only remaining defendant, the Court will direct the Clerk of Court to close the case.

DATED THIS 21st Day of June 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE